AO106(Rev.5/85) Affidavit for Search Warrant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxxxxxxxxxxxxxxx
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   Warren A. McGee   being duly sworn depose and say:

I am a(n)   Task Force Officer with the Drug Enforcement Administration   and have reason to believe
            (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

xxxxxxxxxxxxxxxx
Washington, D.C.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

SEE ATTACHED AFFIDAVIT

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

SEE AFFIDAVIT
concerning a violation of Title  21  United States Code, Section(s)  846.  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Elisabeth Poteat
Organized Crime & Narcotics Trafficking Section
(202) 514-7067

Signature of Affiant
Warren A. McGee, Task Force Officer
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer         Signature of Judicial Officer