AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1242 Eaton Road, S.E.
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 06-106-M-01

TO: __Warren A. McGee__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Task Force Officer Warren A. McGee</u> who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1242 Eaton Road, S.E.
Washington, D.C.

**FILED**

MAR 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHED AFFIDAVIT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____03/23/06____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 13 2006
_____
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

at Washington, D.C.

_[signature]_
_____
Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/13/06 | 3/15/06, 6:20 a.m. | |

INVENTORY MADE IN THE PRESENCE

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attachment (Form DEA-12)



**FILED**

MAR 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _D. A. McGee_

Subscribed, sworn to, and returned before me this date.

_[signature]_  03/22/06
U.S. Judge or U.S. Magistrate Judge    Date

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

| FILE NO. | G-DEP IDENTIFIER |
|---|---|
| | |
| **FILE TITLE** | |
| | |
| **DATE** 3/14/06 | |

**DIVISION/DISTRICT OFFICE**

WDO    Search warrant Inventory

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Photos misc. | Pictures and documents | |
| 1 | Smith and Wesson TDD 4057 clip (13) bullets | Inventory for 1242 Eaton Road SE Washington, DC |
| 1 | scale bedroom under bed | |
| 1 | Chart arm 844482 (5 bullets) Left of night stand | |
| | Transport (black) | |
| 2 | Clips (pounds) black middle left Dresser Drawer | |
| 35 | bullets 44 cal. Thunder Ranch Ammunition Black Hills the power | |
| 1 | Plastic baggie | |
| 1 | plate under bed in bedroom Two razor blade | |
| 1 | Video tape bedroom | |

**RECEIVED BY (Signature)** S/A W. May

**NAME AND TITLE (Print or Type)** Dennis W. Mays, S/A

**WITNESSED BY (Signature)** TFO W. McGee

**NAME AND TITLE (Print or Type)** TFO Warren McGee

FORM DEA-12 (9-00) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

| FILE NO. | G-DEP IDENTIFIER |
|---|---|
| FILE TITLE J | |
| DATE 3/15/06 | |

DIVISION/DISTRICT OFFICE: WDO

Search warrant Inventory

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Cell phone and charger Samsung | Inventory |
| 1 | Shoe box Large Amount of money and one ounce of crack cocaine Approx. closet bedroom TJ BC Footwear | List of items Seized 1242 Eaton Road SE Washington, DC |

RECEIVED BY (Signature): S/A [signature]
NAME AND TITLE (Print or Type): Dennis W. Maye, S/A

WITNESSED BY (Signature): S/A TFO W McGee
NAME AND TITLE (Print or Type): Warren McGee, TFO

FORM DEA-12 (9-00) Previous editions obsolete       Electronic Form Version Designed in JetForm 5.2 Version